1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ASKARI, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a<br>Delaware Limited Liability Company,<br><br>            Defendants. | Case No: CV 22-7917-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF<br>ACTION WITH PREJUDICE [21]** |

Based on the parties' stipulation, and good cause appearing therefor, the stipulation is APPROVED. The above-captioned action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice in its entirety.  Each side shall bear its own costs and attorney's fees.

DATED:  October 24, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE